IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLEY LAURA SMITH-BROWN, ) <br> Individually and on Behalf of All Others ) <br> Similarly Situated, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ULTA BEAUTY, INC. and ULTA SALON, ) <br> COSMETICS & FRAGRANCE, INC., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:18-cv-00610 <br><br> Hon. Jorge L. Alonso |

## **DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Ulta Beauty, Inc. ("Ulta Beauty") and Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta Salon"), collectively "Defendants," respectfully submit this Motion to Dismiss Plaintiff Kimberley Laura Smith-Brown's Amended Complaint ("Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support thereof, Defendants rely on their contemporaneously filed Memorandum in Support and also state as follows:

1. Plaintiff's Complaint is a putative consumer class action seeking recovery on behalf of an alleged nationwide class consisting of every customer who has purchased a product from Defendants, as well as a subclass limited to California purchasers. Plaintiff's central allegations are that Defendants have a practice of reselling returned, used cosmetics and that this practice injured Plaintiff because had she known of the practice, she would have paid less for Defendants' products or not shopped at Defendants' stores at all.

2. As explained in Defendants' Memorandum of Law, Plaintiff has not alleged an Article III injury sufficient to give her standing to bring suit. Plaintiff does not allege that any

products she purchased from Defendants were used or caused her any harm. Plaintiff's allegation that she was "injured" because she would not have purchased products from Defendants or would have paid less for those products if she had known of the alleged practice has been twice rejected as grounds for standing by Northern District of Illinois courts and described as "problematic" and "doubtful" by the Seventh Circuit. (*See* Memorandum at Section I.)

3. Plaintiff also lacks standing to bring her class claims. Plaintiff has standing only to bring putative class claims that she also possesses. In seeking to bring common law and state statutory claims for all of Defendants' customers nationwide, her Complaint goes far beyond her own alleged circumstances to assert claims based on products she did not purchase, arising under law other than California, and seeking injunctive relief to which she herself is not entitled. (*See* Memorandum at Section II.)

4. The Complaint also contains several pleading defects and as a result fails to state a claim on which relief can be granted. First, Plaintiff fails to plead her allegations of fraud and misrepresentation with particularity, as required under Rule 9(b). Second, Plaintiff engages in improper group pleading. Third, Plaintiff fails to allege a breach of implied warranty as to any products she purchased. Fourth, California law does not recognize Plaintiff's unjust enrichment claim. Fifth, Plaintiff has not alleged harm under California's Unfair Competition Law ("UCL") or Consumers Legal Remedies Act ("CLRA"), or unfair conduct under the UCL. (*See* Memorandum at Sections III and IV.)

WHEREFORE, for the reasons stated herein and in Defendants Memorandum in Support, Defendants respectfully request that the Court grant this motion and dismiss Plaintiff's Amended Complaint.

DATED: March 9, 2018　　　　　　　　　　Respectfully submitted,

Ulta Beauty, Inc. and Ulta Salon, Cosmetics & Fragrance, Inc.


By: */s/ Craig C. Martin*
　　　One of their attorneys

Craig C. Martin
Illinois Bar No. 6201581
Matt D. Basil
Illinois Bar No. 6242487
Paul B. Rietema
Illinois Bar No. 6300671
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
cmartin@jenner.com
mbasil@jenner.com
prietema@jenner.com
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Ulta Beauty, Inc. and Ulta Salon, Cosmetics & Fragrance, Inc.*

## **CERTIFICATE OF SERVICE**

I, Paul B. Rietema, an attorney, certify that I caused copies of the foregoing ***Defendants' Motion to Dismiss the Amended Complaint*** to be served via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Paul B. Rietema*
*Attorney for Ulta Beauty, Inc. and*
*Ulta Salon, Cosmetics & Fragrance, Inc.*