# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLEY LAURA SMITH-BROWN, QUINN ALLEN, ILENE ANCHELL, BRITTANY CAFFREY, KRIS DANE, KAREN EONTA, VALARIE HUTCHISON, KRISTEN JACKSON, CRISTINA KOVACS, MICHELLE MUSK, PAULA OGURKIEWICZ, ROBIN OKMAN, JENNIFER SACKS, VERONICA SANDERS, DEANNA SHAW, ALLISON SOT, SHASTA SWANEY, COLLEEN THORNTON, JESSICA TIFT, ALICE VITIELLO, TAMMY WALKER, and DONNA WILLIAMS, Individually and on Behalf of All Others Similarly Situated, <br><br>                 Plaintiffs, <br><br>   v. <br><br>ULTA BEAUTY, INC. and ULTA SALON, COSMETICS & FRAGRANCE, INC., <br><br>                 Defendants. | Case No. 1:18-cv-610 <br><br> Judge: Jorge L. Alonso <br><br> Mag. Judge: M. David Weisman |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO:    Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliation and contact information for attorney Janine L. Pollack:

> Janine L. Pollack
> THE SULTZER LAW GROUP, PC
> 351 W. 54th St., Suite 1C
> Tel: (845) 483-7100
> Fax: (888) 749-7747
> pollackj@thesultzerlawgroup.com

1

All notices, filings, and written communication with this attorney regarding this action should be sent to the above firm and address.

Please note that Wolf Haldenstein Adler Freeman & Herz LLC remains as counsel for Plaintiffs through Carl Malmstrom.

DATED: September 4, 2018                    By:  /s/ Janine L. Pollack
                                                                           **THE SULTZER LAW GROUP, PC**
                                                                           Janine L. Pollack
                                                                           351 W. 54th St., Suite 1C
                                                                           Tel: (845) 483-7100
                                                                           Fax: (888) 749-7747
                                                                           pollackj@thesultzerlawgroup.com