IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kimberly Laura Smith-Brown et al, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 18cv610 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Ulta Beauty, Inc. et al., | ) | |
| | ) | |
| Defendant(s), | ) | |

**ORDER**

      Upon further review the Court denies without prejudice plaintiffs' motion to compel [152] and [153] because: (1) plaintiffs do not assert that they tried to resolve the privilege dispute with defendants before seeking Court intervention, as required by Local Rule 37.2; (2) plaintiffs' contention that none of the 714 documents on the interim privilege log is actually privileged suggests that they have an unduly narrow view of privilege; and (3) plaintiffs' request that the Court make a privilege determination as to categories of documents, rather than on a document-by-document basis, is improper. See Am. Nat'l Bank & Trust Co. of Chi v. Equitable Life Assurance Soc'y of the U.S., 406 F.3d 867, 879-80 (7th Cir. 2005) (overturning sanction based on a privilege determination rendered after an in camera review of a sample of assertedly privileged documents); R.B.S. Citizens, N.A. v. Husain, 291 F.R.D. 209, 218 (N.D. Ill. 2013) ("When claims of privilege are contested, they must be resolved on a document-by-document basis."). The Court therefore vacates the briefing schedule and hearing date for plaintiffs' motion to compel. Status hearing set for 3/7/19 at 10:00 a.m.

Date: February 11, 2019

_____
M. David Weisman
United States Magistrate Judge