# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| KIMBERLEY LAURA SMITH-BROWN, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ULTA BEAUTY, INC. and ULTA SALON, COSMETICS & FRAGRANCE, INC.<br><br>                    Defendant. | Case No.: 1:18-cv-610<br><br>Judge Jorge J. Alonso<br><br>Magistrate Judge M. David Weisman |

## DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Ulta Beauty, Inc. and Ulta Salon, Cosmetics & Fragrance, Inc. (together, "Defendants"), by and through their undersigned counsel, respectfully move this Court for leave to withdraw the appearance of Paul Benjamin Rietema pursuant to Local Rule 83.17. In support of this motion, Defendants state as follows:

1. Paul Benjamin Rietema of Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois, 60654, has appeared on behalf of Defendants. (ECF No. 12.)

2. Craig Christopher Martin, formerly a partner with Jenner & Block LLP, and now a partner with Willkie Farr & Gallagher LLP, has appeared on behalf of Defendants. (ECF No. 11.) Additionally, Matt D. Basil and Amanda S. Amert, each of whom are attorneys with Willkie Farr & Gallagher LLP, have appeared on behalf of Defendants. (ECF Nos. 7 and 111.)

3. Defendants request leave of Court to withdraw the appearance of Mr. Rietema. Defendants will continue to be represented by Mr. Martin, Mr. Basil, and Ms. Amert.

- 2 -

4.No trial date has been set for this matter. Therefore, granting this motion will not prejudice any party or cause any undue delay.

5.Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs' counsel have indicated that Plaintiffs do not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant the foregoing motion for withdrawal.

Dated: April 20, 2020Respectfully submitted,

By: */s/ Craig C. Martin*
One of the Attorneys for Defendants

| | |
|---|---|
| Craig C. Martin | Paul B. Rietema |
| Matt D. Basil | JENNER & BLOCK LLP |
| Amanda S. Amert | 353 N. Clark St. |
| WILLKIE FARR & GALLAGHER LLP | Chicago, IL 60654 |
| 300 N. LaSalle | Tel: 312-222-9350 |
| Chicago, IL 60654 | prietema@jenner.com |
| Tel:  312-728-9000 | |
| cmartin@willkie.com | |
| mbasil@willkie.com | |
| aamert@willkie.com | |